# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2017

156301

BRYAN NEWLAND,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 156301
AGC: 0346-15

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of the complaint for superintending control is considered, and the complaint is DISMISSED, without prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2017



Clerk

t0926